UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN ) <br> 10817 RIMBEY COURT ) <br> GLEN ALLEN, VIRGINIA 23060, ) <br> ) <br> ZHIQUN NIE ) <br> 10817 RIMBEY COURT ) <br> GLEN ALLEN, VIRGINIA 23060, ) <br> ) <br> LEON ZHAN ) <br> 10817 RIMBEY COURT ) <br> GLEN ALLEN, VIRGINIA 23060, ) <br> ) <br>         PETITIONERS, ) <br> ) <br>        v. ) <br> ) <br> MICHAEL CHERTOFF ) <br> SECRETARY ) <br> DEPT. OF HOMELAND SECURITY ) <br> WASHINGTON, D.C. 20528, ) <br> ) <br>         RESPONDENT. ) <br> _____ ) | CASE NO._____ |

PETITION FOR A WRIT OF MANDAMUS,
DECLARATORY AND INJUNCTIVE RELIEF

I.   PRELIMINARY STATEMENT

Petitioner, SHIQIANG ZANG; his wife, ZHIQUN NIE; and their minor child, LEON ZHAN; by and through counsel, do hereby assert and allege the following facts and circumstances in support of their Petition for a Writ of Mandamus:

1. Petitioners seek to compel MICHAEL CHERTOFF, the Secretary of the Department of Homeland Security, to promptly adjudicate their "Applications to Adjust to Permanent Residency Status.[1]"

2. Petitioners assert and allege that their Applications have been pending before the U.S. Citizenship and Immigration Service, since October 31, 2001. (Attachments 1, 2, and 3).

## JURISDICTION

3. This action is brought pursuant to Title 28, United States Code, §§ 1331 and 1361. This Court has jurisdiction to render declaratory judgments under Title 28, United States Code, §§ 2201, 2202 and Rule 57 of the Federal Rules of Civil Procedure (F.R.C.P.) Moreover, the Court has jurisdiction to render injunctive relief pursuant to Rule 65 (F.R.C.P.) Finally, the Court is authorized to issue Orders of Mandamus pursuant to Title 28, United States Code, § 1361 and the Administrative Procedures Act § 706(1).

## VENUE

4. This Court has venue, pursuant to Title 28, United States Code, § 1391(e), since this is an action against officers and agencies of the United States, in their official capacities, brought in the District of Columbia, where a "substantial part of the events or omissions giving rise to the claim occurred . . .." Moreover, the Petitioners are residents

---

[1] Petitioner advises the Court that the "Application to Adjust to Permanent Residency" is commonly known as an "I-485" and that the approval of the I-485 results in the issuance of a "green card," which signifies permanent residency status.

of the State of Virginia. Therefore, the Court has jurisdiction since there is diversity of citizenship.

## CAUSE OF ACTION

5. Petitioners SHIQIANG ZHAN, ZHIQUN NIE, and LEON ZHAN (husband, wife, and minor child, respectively), do hereby assert that they have filed Applications with the U.S. Citizenship and Immigration Service to Adjust to Permanent Residency Status (I-485) and that they are entitled to an adjudication of their Applications for Adjustment of Status. Petitioners assert and allege that their applications have been pending with the U.S. Citizenship and Immigration Service, since October 31, 2001, and that they have been given no indication of when the applications will be adjudicated.

## EXHAUSTION OF REMEDIES

6. Petitioners hereby advise this Honorable Court that they have exhausted all administrative remedies to the extent required by law, in that the Petitioners have made inquires concerning the status of their applications and have provided additional information as required.

## PARTIES

7. SHIQIANG ZHAN, ZHIQUN NIE, and LEON ZHAN are foreign nationals, who seek an Adjustment of Status (I-485) based upon SHIQIANG ZHAN's approved Immigrant Petition for Alien Worker (I-140). Petitioners' Applications for Adjustment of Status were filed on or about October 31, 2001, with the U.S. Citizenship and Immigration Service.

8. Petitioners hereby advise this Honorable Court that MICHAEL CHERTOFF is the Secretary of the Department of Homeland Security, located in Washington, D.C., and that he and employees under his control have the authority, duty, and responsibility of adjudicating the Petitioners' applications.

## STATEMENT OF FACTS

9. SHIQIANG ZHAN is a citizen of the People's Republic of China and is an economist by training and education. SHIQIANG ZHAN is employed by Capitol One Services, Inc., as a Senior Statistician. Capitol One Services, Inc., is located at 15000 Capitol One Drive, Richmond, Virginia 23238. SHIQIANG ZHAN is authorized to work and reside in the United States as an H-1B worker under the Immigration and Nationality Act. An Immigrant Petition for Alien Worker (I-140) has been filed and approved for SHIQIANG ZHAN's. (Attachment 4).

10. SHIQIANG ZHAN has received a copy of the "Approval Notice" from the U.S. Immigration and Naturalization Service indicating that the "Immigrant Petition for an Alien Worker" was approved on October 9, 2001. The Approved Notice indicated that SHIQIANG ZHAN has been classified as [a professional with an advance degree and/or exceptional ability]. The October 9, 2001, Approval Notice included information on the filing of the Application to Adjustment of Status. (Attachment 4). SHIQIANG ZHAN advises the Court that he is classified in the "Second Preference" category of employment-based immigration, base upon an approved Alien Labor Certification Application, by the U.S. Department of Labor, dated July 9, 2001. (Attachment 4a).

11. On or about October 31, 2001, Petitioner SHIQIANG ZHAN, submitted Applications to the U.S. Citizenship and Immigration Service, requesting that the Service Adjust his Permanent Resident Status, as well as that of his wife and child. (Attachments 1, 2, and 3).

12. In a letter dated July 26, 2004, the United States Department of Justice, Federal Bureau of Investigation (FBI), advised SHIQIANG ZHAN that an FBI records check has been completed and forwarded to the U.S.C.I.S. (Attachment 8).

13. On October 25, 2004, Representative Eric Cantor, United States House of Representatives, advised SHIQIANG ZHAN of the results of an inquiry made on SHIQIANG ZHAN's behalf. Representative Cantor was given no indication as to when the Petitioners' applications would be adjudicated.

14. On July 27, 2005, the Petitioner's employer, Capitol One Services, Inc., provided a letter verifying SHIQIANG ZHAN's employment status and salary. (Attachment 5).

15. As of August 8, 2005, and according to the U.S.C.I.S.'s computerized data base, the Vermont Service Center is currently working on Adjustment of Status Applications (I-485) filed on or after August 19, 2004. Thus, the adjudication of Petitioners' Applications is overdue.

16. Petitioners advise the Court that they have been fingerprinted at least twice, since filing their applications. However, they have not been called for an Adjustment of Status Interview. Attachments (6 and 7) evince the fingerprinting of the Petitioners, except

for their minor child.  Fingerprints were taken on May 28, 2002, and again on December 12, 2003.

## PRAYER FOR RELIEF

Petitioners hereby motion this Honorable Court for an Order compelling MICHAEL CHERTOFF and employees and agents of the Department of Homeland Security to:

17.    Adjudicate Petitioners' Applications for Adjustment of Status FORTHWITH, in accordance with the Immigration and Nationality Act, the enabling regulations, the directives of the Department of Homeland Security and the directives of the Bureau of Citizenship and Immigration.

18.    Pay Petitioners reasonable attorney fees, filing fees and costs, associated with the filing of this Writ of Mandamus.

WHEREFORE, Petitioners pray that this Honorable Court will grant such other relief as required by law and equity.

Respectfully submitted,

_____
Edward L.  Allen, Esq.
District of Columbia Bar No.  375341
Counsel for Petitioner
1400 Locust Road, N.W.
Washington, D.C. 20012
Phone (202) 262-8550
ELECTRONIC CASE FILES[2]

---

[2] It is respectfully requested that any electronic mail filed by the Court or Government Counsel be forwarded to: (1)  davidlu@davidlu.com.    David Z. Lu is identified as David Z. Lu & Associates, Attorneys at Law, 8500 Leesburg Pike, Suite 410, Vienna, Virginia 22182.  (703) 883-0568;  and (2) allen200@att.net.