IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN<br>10817 Rimbey Court<br>Glen Allen, VA 23060<br><br>ZHIQUN NIE<br>10817 Rimbey Court<br>Glen Allen, VA 23060<br><br>LEON ZHAN<br>10817 Rimbey Court<br>Glen Allen, VA 23060<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary<br>    Department of Homeland Security<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1694 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

_/s/ Darrell Valdez_
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843