IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, *et al.* )<br><br>　　　　　　Plaintiff, )<br><br>v. )<br><br>MICHAEL CHERTOFF, Secretary )<br>　　Department of Homeland Security )<br><br>　　　　　　Defendant. ) | Civil Action No. 05-1694 (HHK) |

**CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

Defendant, Michael Chertoff, Secretary of the Department of Homeland Security, respectfully moves this Court for an Order enlarging the time to respond to the Complaint in the above-captioned matter by an additional 30 days, up to and including December 1, 2005. In support of this motion, the Defendant respectfully states as follows:

1.　Defendant's response to Plaintiffs' Complaint is currently due on October 31, 2004.

2.　The undersigned Assistant United States Attorney has not yet received the Administrative file in the above matter. In addition, counsel for Defendant has been unable to follow-up on the matter as he has been involved in preparing memoranda in other matters before the District Court and the Court of Appeals, including but not limited to drafting Reply memoranda in the appellate matters of <u>Czekalski v. Mineta</u>, 05-5221, <u>Kwon v. Billington</u>, 05-5205, and <u>Tate v. Rosenfeld</u>, 05-5086, and in the consolidated appeals of <u>Burbey v. Chertoff</u>, 05-5274, and <u>Derher v. Chertoff</u>, 05-5275; Motions and Reply memoranda in the District Court matter of <u>Jinks-Umstead v. England</u>

99cv2691, as well as being involved in an extensive discovery matter in <u>Dage v. Leavitt</u>, 04cv221. Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate responsive pleading.

3. Pursuant to Local Rule 7(m), counsel for Defendant contacted counsel for Plaintiffs to explain the reasons for the continuance. Counsel for Plaintiff stated that Plaintiff consents to the enlargement.

4. This is Defendant's first request for additional time.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time one month, up to and including December 1, 2005, within which Defendant may file its response to Plaintiffs' Complaint in the above-captioned matter

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, *et al.* | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 05-1694 (HHK) |
| MICHAEL CHERTOFF, Secretary<br>   Department of Homeland Security | ) |
|         Defendant. | ) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to Respond to Complaint, it is this _____ day of _____, 2005, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which Defendant shall file its response to Plaintiff's Complaint is enlarged, up to and including December 1, 2005.

 

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE