IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary )<br>    Department of Homeland Security )<br>)<br>Respondent. )<br>) | Civil Action No. 05-1694 (HHK) |

**JOINT MOTION TO STAY PROCEEDINGS**

The parties, through their counsels, respectfully move this Court for an Order staying the proceedings in this matter up to and including January 31, 2006. In support of this motion, the parties respectfully state as follows:

1. Petitioners filed a Petition for Writ of Mandamus in the above-captioned matter seeking an Order compelling Respondent to "promptly adjudicate their 'Applications to Adjust to Permanent Residence Status.'" Petition at ¶ 1.

2. Respondent's response to the Petition is currently due on December 1, 2005.

3. Since the filing of these proceedings, Petitioners have been informed by Respondent that Respondent cannot adjudicate the Application to Adjust to Permanent Residence Status ("I-485 Application") until the United States Department of State ("State Department") has made an Immigrant Visa number available to Petitioners. Petitioners' underlying I-140 Immigrant Visa Petition was approved by the Respondent and carries a March 19, 2001 priority date. See Petition at ¶ 10. However, as of December 1, 2005, Visa numbers are currently

available only for applicants that carry a priority date of February 1, 2001 or earlier.  Although not guaranteed, Respondent anticipates forward movement in the Visa Bulletin, and that the Petitioners' priority date will likely be reached in the January or February, 2006 Visa Bulletins (based on the current dates published in the State Department's December, 2005 Visa Bulletin).

4. Once the State Department has a visa number available for Petitioners, the Respondent will adjudicate Petitioners' Application without delay.  Petitioners may be required to re-submit fingerprints to Respondent as part of the adjudication, due to the FBI's 15-month validity period for fingerprint checks.

5. Accordingly, because the matter may be resolved without the need for further Court intervention, the parties agree, subject to the Court's approval, to stay the above proceedings until January 31, 2006, at which time the parties will submit a status report for the Court regarding the status of Petitioners' Application to Adjust to Permanent Residence Status and a recommendation for future action.

WHEREFORE, for all of the foregoing reasons, the parties respectfully requests that the Court stay the above-captioned matter to January 31, 2006, within which the parties shall submit a status report to the Court.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Edward Allen | /s/ Kenneth L. Wainstein |
| EDWARD ALLEN, D.C. Bar # 375341 | KENNETH L. WAINSTEIN, D.C. Bar # 451058 |
| 1400 Locust Road, N.W. | United States Attorney |
| Washington, D.C. 20012 | |
| (202)262-8550 | /s/ R. Craig Lawrence |
| Attorney for Petitioners | R. CRAIG LAWRENCE, D.C. Bar # 171538 |
| | Assistant United States Attorney |
| | |
| | /s/ Darrell C. Valdez |
| | DARRELL C. VALDEZ, D.C. Bar # 420232 |
| | Assistant United States Attorney |
| | 555 Fourth St., N.W., Civil Division |
| | Washington, D.C. 20530 |
| | 202-307-2843 |
| | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, *et al.* | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1694 (HHK) |
| MICHAEL CHERTOFF, Secretary Department of Homeland Security | ) |
| Respondent. | ) |

**ORDER**

UPON CONSIDERATION of the parties Joint Motion to Stay Proceedings, and the Court having found good cause to stay the proceedings in the above-captioned matter, it is this _____ day of _____, 2005, hereby

ORDERED, that the Motion is GRANTED, it is further

ORDERED, that the matter is hereby STAYED, and it is further

ORDERED, that the parties shall submit a Joint Status Report on January 31, 2006, regarding the status of Petitioners' Application to Adjust to Permanent Residence Status and a recommendation for future action.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE