IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SHIQIANG ZHAN, *et al.*             )
                                    )
          Petitioners,             )
                                    )
v.                                  ) Civil Action No. 05-1694 (HHK)
                                    )
MICHAEL CHERTOFF, Secretary         )
   Department of Homeland Security )
                                    )
          Respondent.              )
_____)

## JOINT STATUS REPORT REGARDING THE STATUS OF PETITIONERS' APPLICATIONS TO ADJUST TO PERMANENT RESIDENCE STATUS

In response to the Court's Order of December 2, 2005, the parties hereby file this "Joint Status Report" and advise the Court as follows:

1. Petitioners filed a Petition for Writ of Mandamus in the above-captioned matter seeking an Order compelling Respondent to "promptly adjudicate their 'Applications to Adjust to Permanent Residence Status.'" Petition at ¶ 1.

2. On November 30, 2005, the parties jointly informed the Court that Respondent cannot adjudicate the Application to Adjust to Permanent Residence Status ("I-485 Application") until the United States Department of State ("State Department") has made an Immigrant Visa number available to Petitioners. The parties further informed the Court that it was anticipated that Petitioners' priority date will likely be reached, and Petitioners' issued an Immigrant Visa number in the January or February, 2006 Visa Bulletins issued by the State Department.

3. The Petitioners' priority date was reached in the State Department's February, 2006, Visa Bulletins, and Petitioners were granted a Visa number by the State Department.

4. As of Thursday, January 26, 2006, the U.S. Citizenship and Immigration Service (USCIS) database indicates that the Petitioners' I-485 Applications for "Adjustment of Status" have been approved. However, as of the date of filing this Status Report, the Petitioners have not yet received, via U.S. Mail, a copy of the Notice of Approval.

WHEREFORE, it is respectfully requested that this Honorable Court maintain this case on its docket until such time as the Petitioners have receive written notice from the U.S. Citizenship and Immigration Service that the I-485 Applications for Adjustment of Status have been approved. Counsel for the Petitioners hereby advises the Court that Petitioners' Counsel will file a Motion to Dismiss the Request for Writ of Mandamus within five (5) days after being notified by the Petitioners that they have received their Notice of Approval.

Respectfully submitted,

| /s/ Edward Allen | /s/ Kenneth L. Wainstein |
|---|---|
| EDWARD ALLEN, D.C. Bar # 375341 | KENNETH L. WAINSTEIN, D.C. Bar # 451058 |
| 1400 Locust Road, N.W. | United States Attorney |
| Washington, D.C. 20012 | |
| (202)262-8550 | /s/ R. Craig Lawrence |
| | R. CRAIG LAWRENCE, D.C. Bar # 171538 |
| Attorney for Petitioners | Assistant United States Attorney |
| | |
| | /s/ Darrell C. Valdez |
| | DARRELL C. VALDEZ, D.C. Bar # 420232 |
| | Assistant United States Attorney |
| | 555 Fourth St., N.W., Civil Division |
| | Washington, D.C. 20530 |
| | 202-307-2843 |
| | |
| | Attorneys for Respondent |