UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, et al. )<br>)<br>)<br>PETITIONERS, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>Department of Homeland Security, )<br>)<br>RESPONDENT. )<br>_____) | Civil Action No. 05-1694 (HHK) |

MOTION TO DISMISS PLAINTIFFS'
PETITION FOR A WRIT OF MANDAMUS

Petitioner, SHIQIANG ZANG; his wife, ZHIQUN NIE; and their minor child, LEON ZHAN; by and through counsel, do hereby motion this Honorable Court to Dismiss their Petition for a Writ of Mandamus. As basis for this motion, the plaintiffs hereby advise the Court that the relief sought has been granted, in that their Application for Adjustment of Status has been approved. The Court is advised that the United States Government has no objection to this motion.[1]

Respectfully submitted,

/s/
_____
Edward L. Allen, Esquire
District of Columbia Bar No. 375341
Counsel for Petitioner
1400 Locust Road, N.W.
Washington, D.C. 20012
Phone (202) 262-8550
allen200@att.net

---

[1] Attached herewith is a Proposed Order for the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned document was forwarded via the Court's Electronic Filing System, the _____ day of February 2005 to:

>DARRELL C. VALDEZ
>Assistant United States Attorney
>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530

>/s/
>_____
>Edward L. Allen, Esquire
>1400 Locust Road, N.W.
>Washington, D.C. 20012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIQIANG ZHAN, et al. )<br>)<br>)<br>PETITIONERS, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>   Department of Homeland Security, )<br>)<br>RESPONDENT. )<br>_____) | Civil Action No. 05-1694 (HHK) |

O R D E R

This matter having come before the Court on Plaintiffs' Petition for a Writ of Mandamus and the Court having been advised by Counsel for the Plaintiffs that the relief sought has been granted and that the Petitioners wish to dismiss the Petition for a Writ of Mandamus, it is hereby:

ORDERED and ADJUDGED that the Petitioners' Motion to Dismiss is GRANTED and that the Petition for a Writ of Mandamus is DISMISSED.

ORDERED and ADJUDGED this _____ day of February 2006.

_____
JUDGE HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT